# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD BURNETT,<br><br>      Plaintiff,<br><br>    v.<br><br>DUNA USA INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. 2:22-cv-03288-MWC (MBKx)<br><br>**JUDGMENT**<br><br>**JS-6** |

    This action having been tried before the Court sitting with a jury, the Honorable Michelle Williams Court, District Judge, presiding; the issues having been tried and the jury having rendered its verdict.

    IT IS ORDERED that Plaintiff BRAD BURNETT recover from Defendant DUNA USA INC.:

    1. Seven hundred twelve thousand dollars ($712,000.00) for past lost earnings, plus prejudgment interest at the rate of 3.9% per annum

beginning at date of termination on December 21, 2021 through August 19, 2025, plus post judgment interest at the rate of 3.9% per annum from August 19, 2025 until paid;

2. Five hundred thousand dollars ($500,000.00) for future economic loss (future lost earnings and future medical expenses), plus post judgment interest at the rate of 3.9% per annum from August 19, 2025 until paid;

3. Five hundred thousand dollars ($500,000.00) for future non-economic loss (emotional distress), plus post judgment interest at the rate of 3.9% per annum from August 19, 2025 until paid;

4. Three million dollars ($3,000,000.00) for punitive damages, plus post judgment interest at the rate of 3.9% per annum from August 19, 2025 until paid.

An order will follow detailing the amount of attorneys' fees and costs to which Plaintiff is entitled.

Dated: August 19, 2025

_____
Hon. Michelle Williams Court
United States District Court